UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 02107
   VERONICA R JACKSON
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-4485
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 02/07/07 .

   2.   The case was dismissed without confirmation, 07/20/2007.

   3.   The Debtor paid a total of $    672.00 .

   4.   The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| HSBC MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| DUPAGE COUNTY COLLECTOR | SECURED | .00 | .00 | 250.00 |
| BALLYS TOTAL FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| CALVARY PORTFOLIO SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CORPORATE AMERICA FEDERA | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNT MGM | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN FINANCIAL GROUP | UNSECURED | NOT FILED | .00 | .00 |

       Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 250.00 | .00 | .00 | .00 | 250.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 250.00 | .00 | .00 | .00 | 250.00 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC    , was allowed $   2500.00
and was paid $    566.00  direct and $    402.02  through the plan.

The Trustee received $     19.98 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 10/10/07

/S/
GLENN STEARNS
CHAPTER 13 TRUSTEE